CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

      CORY WATSON CROWDER & DEGARIS, P.C.
      Annesley H. DeGaris
      2131 Magnolia Avenue South
      Birmingham, AL 35205

      The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

      Deponent is over the age of 18 years and not a party to this action.

      I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 29, 2007

                                                                         /s/
                                                                  Julie A. Calidonio